IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BLAIR DOUGLASS,<br><br>        Plaintiff,<br><br>   v.<br><br>LEGRAND NORTH AMERICA, LLC,<br><br>        Defendant. | Lead Case No. 2:22-cv-00236-AJS |
| BLAIR DOUGLASS,<br><br>        Plaintiff,<br><br>   v.<br><br>DOSE OF ROSES, INC.,<br><br>        Defendant. | Member Case No. 2:22-cv-00287-AJS |

## **NOTICE OF SETTLEMENT**

PLEASE TAKE NOTICE that Plaintiff Blair Douglass and Defendant Dose of Roses, Inc. have reached an agreement in principle that will confidentially resolve the claims alleged in the case, *Douglass v. Dose of Roses, Inc.*, Case No. 2:22-cv-00287-AJS. Plaintiff anticipates filing a Notice of Voluntary Dismissal within thirty (30) days of this notice.

Dated: March 29, 2022

*/s/ Kevin Tucker*
Kevin W. Tucker (He/Him) (PA 312144)
Kevin J. Abramowicz (He/Him (PA 320659)
Chandler Steiger (She/Her) (PA 328891)
Stephanie Moore (She/Her) (PA 329447)
**EAST END TRIAL GROUP LLC**
6901 Lynn Way, Suite 215
Pittsburgh, PA 15208

                Tel. (412) 877-5220
                Fax. (412) 626-7101
                ktucker@eastendtrialgroup.com
                kabramowicz@eastendtrialgroup.com
                csteiger@eastendtrialgroup.com
                smoore@eastendtrialgroup.com

*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this day, March 29, 2022, a true and correct copy of the foregoing document was filed on the Court's CM/ECF system and will be served upon all counsel of record.

Respectfully Submitted,

Dated: March 29, 2022                               */s/ Kevin Tucker*
                                                                    Kevin W. Tucker (He/Him)