# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BLAIR DOUGLASS,<br><br>   Plaintiff,<br><br>v.<br><br>LEGRAND NORTH AMERICA, LLC,<br><br>   Defendant. | Lead Case No. 2:22-cv-00236-AJS |
| BLAIR DOUGLASS,<br><br>   Plaintiff,<br><br>v.<br><br>QUINCY BIOSCIENCE, LLC,<br><br>   Defendant. | Member Case No. 2:22-cv-00249-AJS |

## NOTICE OF SETTLEMENT

PLEASE TAKE NOTICE that Plaintiff Blair Douglass and Defendant Quincy Bioscience, LLC have reached an agreement in principle that will confidentially resolve the claims alleged in the member case, *Douglass v. Quincy Bioscience, LLC*, Member Case No. 2:22-cv-00249-AJS. Plaintiff anticipates filing a Notice of Voluntary Dismissal With Prejudice within thirty (30) days of this notice.

Dated: April 8, 2022

              */s/ Chandler Steiger*
              Kevin W. Tucker (He/Him) (PA 312144)
              Kevin J. Abramowicz (He/Him (PA 320659)
              Chandler Steiger (She/Her) (PA 328891)
              Stephanie Moore (She/Her) (PA 329447)
              **EAST END TRIAL GROUP LLC**

6901 Lynn Way, Suite 215
Pittsburgh, PA 15208
Tel. (412) 877-5220
Fax. (412) 626-7101
ktucker@eastendtrialgroup.com
kabramowicz@eastendtrialgroup.com
csteiger@eastendtrialgroup.com
smoore@eastendtrialgroup.com

*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on this day, April 8, 2022, a true and correct copy of the foregoing document was filed on the Court's CM/ECF system and will be served upon all counsel of record.

Respectfully submitted,

Dated: April 8, 2022

/s/ *Chandler Steiger*
Chandler Steiger