# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BLAIR DOUGLASS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>LEGRAND NORTH AMERICA, LLC,<br><br>　　　　Defendant. | Lead Case No. 2:22-cv-00236-AJS |
| BLAIR DOUGLASS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>JEWELSCENT INC.,<br><br>　　　　Defendant. | Member Case No. 2:22-cv-00297-AJS |

## REQUEST FOR ENTRY OF DEFAULT

To the Clerk of the U.S. District Court for the Western District of Pennsylvania:

You will please enter the default of Defendant Jewelscent Inc. for failure to plead or otherwise defend as provided by the Federal Rules of Civil Procedure as appears from the attorney affidavit of Kevin W. Tucker attached hereto.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

Dated: April 20, 2022　　　　　　　　*/s/ Kevin W. Tucker*

　　　　　　　　　　　　　　　　　　　Kevin W. Tucker (He/Him) (PA 312144)
　　　　　　　　　　　　　　　　　　　Kevin J. Abramowicz (He/Him) (PA 320659)
　　　　　　　　　　　　　　　　　　　Chandler Steiger (She/Her) (PA328891)
　　　　　　　　　　　　　　　　　　　Stephanie Moore (She/Her) (PA 329447)
　　　　　　　　　　　　　　　　　　　**EAST END TRIAL GROUP LLC**
　　　　　　　　　　　　　　　　　　　6901 Lynn Way, Suite 215
　　　　　　　　　　　　　　　　　　　Pittsburgh, PA 15208



CLERK'S ENTRY OF DEFAULT

Date: 4/21/2022

*Lynn Ann Reppar*
Docket Clerk

*Joshua C. Lewis*
Joshua C. Lewis

Tel. (412) 877-5220
Fax. (412) 626-7101
ktucker@eastendtrialgroup.com
kabramowicz@eastendtrialgroup.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on this day, April 20, 2022, a true and correct copy of the foregoing was filed on the Court's CM/ECF system and will be served upon Defendant via U.S. certified mail, restricted delivery.

                                                    Respectfully Submitted,

Dated: April 20, 2022                */s/ Kevin Tucker*
                                              Kevin W. Tucker (He/Him)