IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BLAIR DOUGLASS,<br><br>                    Plaintiff,<br><br>   v.<br><br>LEGRAND NORTH AMERICA, LLC,<br><br>                    Defendant. | Lead Case No. 2:22-cv-00236-AJS |
| BLAIR DOUGLASS,<br><br>                    Plaintiff,<br><br>   v.<br><br>BLACK FOREST DÉCOR, L.L.C.,<br><br>                    Defendant. | Member Case No. 2:22-cv-00242-AJS |

## NOTICE OF SETTLEMENT

PLEASE TAKE NOTICE that Plaintiff Blair Douglass and Defendant Black Forest Décor, L.L.C. have reached an agreement in principle that will confidentially resolve the claims alleged in the case, *Douglass v. Black Forest Décor, L.L.C.*, Case No. 2:22-cv-00242-AJS. Plaintiff anticipates filing a Notice of Voluntary Dismissal within thirty (30) days of this notice.

Dated: April 28, 2022

*/s/ Kevin Tucker*
Kevin W. Tucker (He/Him) (PA 312144)
Kevin J. Abramowicz (He/Him (PA 320659)
Chandler Steiger (She/Her) (PA 328891)
Stephanie Moore (She/Her) (PA 329447)
**EAST END TRIAL GROUP LLC**
6901 Lynn Way, Suite 215
Pittsburgh, PA 15208

Tel. (412) 877-5220  
Fax. (412) 626-7101  
ktucker@eastendtrialgroup.com  
kabramowicz@eastendtrialgroup.com  
csteiger@eastendtrialgroup.com  
smoore@eastendtrialgroup.com  

*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this day, April 28, 2022, a true and correct copy of the foregoing document was filed on the Court's CM/ECF system and will be served upon all counsel of record.

Respectfully Submitted,

Dated: April 28, 2022                         */s/ Kevin Tucker*
                                                              Kevin W. Tucker (He/Him)