# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BLAIR DOUGLASS,<br><br>    Plaintiff,<br><br>v.<br><br>LEGRAND NORTH AMERICA, LLC,<br><br>    Defendant. | Lead Case No. 2:22-cv-00236-AJS |
| BLAIR DOUGLASS,<br><br>    Plaintiff,<br><br>v.<br><br>THREADBEAST, LLC,<br><br>    Defendant. | Member Case No. 2:22-cv-00263-AJS |

## NOTICE OF SETTLEMENT

PLEASE TAKE NOTICE that Plaintiff Blair Douglass and Defendant Threadbeast, LLC have reached an agreement in principle that will confidentially resolve the claims alleged in the case, *Douglass v. Threadbeast, LLC*, Case No. 2:22-cv-00263-AJS. Plaintiff anticipates filing a Notice of Voluntary Dismissal within thirty (30) days of this notice.

Dated: April 29, 2022         */s/ Kevin Tucker*

                    Kevin W. Tucker (He/Him) (PA 312144)
                    Kevin J. Abramowicz (He/Him (PA 320659)
                    Chandler Steiger (She/Her) (PA 328891)
                    Stephanie Moore (She/Her) (PA 329447)
                    **EAST END TRIAL GROUP LLC**
                    6901 Lynn Way, Suite 215
                    Pittsburgh, PA 15208

                                  Tel. (412) 877-5220
                                  Fax. (412) 626-7101
                                  ktucker@eastendtrialgroup.com
                                  kabramowicz@eastendtrialgroup.com
                                  csteiger@eastendtrialgroup.com
                                  smoore@eastendtrialgroup.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

    I hereby certify that on this day, April 29, 2022, a true and correct copy of the foregoing document was filed on the Court's CM/ECF system and will be served upon all counsel of record.

    Respectfully Submitted,

Dated: April 29, 2022      */s/ Kevin Tucker*
                                   Kevin W. Tucker (He/Him)