## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BLAIR DOUGLASS,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>LEGRAND NORTH AMERICA, LLC,<br><br>　　　　　Defendant. | Lead Case No. 2:22-cv-00236-AJS |
| BLAIR DOUGLASS,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>DIRECT MARKETING VENTURES, LLC,<br><br>　　　　　Defendant. | Member Case No. 2:22-cv-00305-AJS |

**CONSENT MOTION FOR EXTENSION OF TIME FOR**
**<u>DEFENDANT TO FILE A RESPONSIVE PLEADING</u>**

1. Plaintiff moves for an extension of time for Defendant Direct Marketing Ventures, LLC to file a responsive pleading, such that Defendant's new deadline would be **May 25, 2022**.

2. Defendant's responsive pleading deadline is May 4, 2022.

3. Defendant has requested an extension of this deadline.

4. Plaintiff offered to file this motion requesting an extension on Defendant's behalf, thus allowing Defendant and the Court to conserve costs and resources at this early juncture.

5. This is the second request for an extension of Defendant's deadline.

6. Plaintiff does not anticipate filing another motion on Defendant's behalf.

7. Defendant consents to the relief sought in this motion.

Dated: April 29, 2022 /s/ Kevin Tucker

Kevin W. Tucker (He/Him) (PA 312144)
Kevin J. Abramowicz (He/Him (PA 320659)
Chandler Steiger (She/Her) (PA 328891)
Stephanie Moore (She/Her) (PA 329447)
**EAST END TRIAL GROUP LLC**
6901 Lynn Way, Suite 215
Pittsburgh, PA 15208
Tel. (412) 877-5220
Fax. (412) 626-7101
ktucker@eastendtrialgroup.com
kabramowicz@eastendtrialgroup.com
csteiger@eastendtrialgroup.com
smoore@eastendtrialgroup.com

*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this day, April 29, 2022, a true and correct copy of the foregoing document was filed on the Court's CM/ECF system and will be served upon all counsel of record.

Respectfully Submitted,

Dated: April 29, 2022                    */s/ Kevin Tucker*
                                                    Kevin W. Tucker (He/Him)