## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BLAIR DOUGLASS,<br><br>    Plaintiff,<br><br>v.<br><br>LEGRAND NORTH AMERICA, LLC,<br><br>    Defendant. | Lead Case No. 2:22-cv-00236-AJS |
| BLAIR DOUGLASS,<br><br>    Plaintiff,<br><br>v.<br><br>JOAH BROWN, LLC,<br><br>    Defendant. | Member Case No. 2:22-cv-00315-AJS |

## NOTICE OF SETTLEMENT

PLEASE TAKE NOTICE that Plaintiff Blair Douglass and Defendant Joah Brown LLC have reached an agreement in principle that will confidentially resolve the claims alleged in the member case, *Douglass v. Joah Brown LLC*, Member Case No. 2:22-cv-00315-AJS. Plaintiff anticipates filing a Notice of Voluntary Dismissal With Prejudice within thirty (30) days of this notice.

| | |
|---|---|
| Dated: May 13, 2022 | */s/ Kevin Tucker* |
| | Kevin W. Tucker (He/Him) (PA 312144) |
| | Kevin J. Abramowicz (He/Him (PA 320659) |
| | Chandler Steiger (She/Her) (PA 328891) |
| | Stephanie Moore (She/Her) (PA 329447) |
| | **EAST END TRIAL GROUP LLC** |

6901 Lynn Way, Suite 215
Pittsburgh, PA 15208
 
Tel. (412) 877-5220
Fax. (412) 626-7101
ktucker@eastendtrialgroup.com
kabramowicz@eastendtrialgroup.com
csteiger@eastendtrialgroup.com
smoore@eastendtrialgroup.com

*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on this day, May 13, 2022, a true and correct copy of the foregoing document was filed on the Court's CM/ECF system and will be served upon all counsel of record.

Respectfully submitted,

Dated: May 13, 2022          */s/ Kevin Tucker*
                             Kevin Tucker