# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BLAIR DOUGLASS,<br><br>  Plaintiff,<br><br>v.<br><br>LEGRAND NORTH AMERICA, LLC,<br><br>  Defendant. | Lead Case No. 2:22-cv-00236-AJS |
| BLAIR DOUGLASS,<br><br>  Plaintiff,<br><br>v.<br><br>COVE SMART, LLC,<br><br>  Defendant. | Member Case No. 2:22-cv-00268-AJS |

## NOTICE OF SETTLEMENT

PLEASE TAKE NOTICE that Plaintiff Blair Douglass and Defendant Cove Smart, LLC have reached an agreement in principle that will confidentially resolve the claims alleged in the member case, *Douglass v. Cove Smart, LLC*, Member Case No. 2:22-cv-00268-AJS. Plaintiff anticipates filing a Notice of Voluntary Dismissal With Prejudice within thirty (30) days of this notice.

Dated: May 13, 2022

/s/ Kevin Tucker
Kevin W. Tucker (He/Him) (PA 312144)
Kevin J. Abramowicz (He/Him (PA 320659)
Chandler Steiger (She/Her) (PA 328891)
Stephanie Moore (She/Her) (PA 329447)
**EAST END TRIAL GROUP LLC**

SO ORDERED, this 13th day of May, 2022
s/ Arthur J. Schwab
Arthur J. Schwab
United States District Court Judge

6901 Lynn Way, Suite 215
Pittsburgh, PA 15208
 
Tel. (412) 877-5220
Fax. (412) 626-7101
ktucker@eastendtrialgroup.com
kabramowicz@eastendtrialgroup.com
csteiger@eastendtrialgroup.com
smoore@eastendtrialgroup.com

*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this day, May 13, 2022, a true and correct copy of the foregoing document was filed on the Court's CM/ECF system and will be served upon all counsel of record.

Respectfully submitted,

Dated: May 13, 2022

*/s/ Kevin Tucker*
Kevin Tucker