IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BLAIR DOUGLASS,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>LEGRAND NORTH AMERICA, LLC,<br><br>　　　　　Defendant. | Lead Case No. 2:22-cv-00236-AJS |
| BLAIR DOUGLASS,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>JEWELSCENT INC.<br><br>　　　　　Defendant. | Lead Case No. 2:22-cv-00297-AJS |

### **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff Blair Douglass voluntarily dismisses all claims alleged in *Douglass v. Jewelscent Inc.*, Case No. 2:22-cv-00297-AJS, without prejudice, and with each party bearing his and its own costs.

Dated: May 31, 2022    */s/ Kevin Tucker*
　　　　　　　　　　　　Kevin W. Tucker (He/Him) (PA 312144)
　　　　　　　　　　　　Kevin J. Abramowicz (He/Him (PA 320659)
　　　　　　　　　　　　Chandler Steiger (She/Her) (PA 328891)
　　　　　　　　　　　　Stephanie Moore (She/Her) (PA 329447)
　　　　　　　　　　　　**EAST END TRIAL GROUP LLC**
　　　　　　　　　　　　6901 Lynn Way, Suite 215
　　　　　　　　　　　　Pittsburgh, PA 15208
　　　　　　　　　　　　Tel. (412) 877-5220
　　　　　　　　　　　　Fax. (412) 626-7101

ktucker@eastendtrialgroup.com
kabramowicz@eastendtrialgroup.com
csteiger@eastendtrialgroup.com
smoore@eastendtrialgroup.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this day, May 31, 2022, a true and correct copy of the foregoing document was filed on the Court's CM/ECF system and will be served upon all counsel of record.

Respectfully Submitted,

Dated: May 31, 2022    */s/ Kevin Tucker*
          Kevin W. Tucker (He/Him)