## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BLAIR DOUGLASS,<br><br>    Plaintiff,<br><br> v.<br><br>LEGRAND NORTH AMERICA, LLC,<br><br>    Defendant. | Lead Case No. 2:22-cv-00236-AJS |
| BLAIR DOUGLASS,<br><br>    Plaintiff,<br><br> v.<br><br>MASSDROP INC.,<br><br>    Defendant. | Member Case No. 2:22-cv-00288-AJS |

## NOTICE OF SETTLEMENT

  PLEASE TAKE NOTICE that Plaintiff Blair Douglass and Defendant Massdrop Inc. have reached an agreement in principle that will confidentially resolve the claims alleged in the member case, *Douglass v. Massdrop Inc.*, Member Case No. 2:22-cv-00288-AJS. Plaintiff anticipates filing a Notice of Voluntary Dismissal With Prejudice within thirty (30) days of this notice.

Dated: May 31, 2022

*/s/ Kevin Tucker*
Kevin W. Tucker (He/Him) (PA 312144)
Kevin J. Abramowicz (He/Him (PA 320659)
Chandler Steiger (She/Her) (PA 328891)
Stephanie Moore (She/Her) (PA 329447)
**EAST END TRIAL GROUP LLC**
6901 Lynn Way, Suite 215
Pittsburgh, PA 15208

Tel. (412) 877-5220  
Fax. (412) 626-7101  
ktucker@eastendtrialgroup.com  
kabramowicz@eastendtrialgroup.com  
csteiger@eastendtrialgroup.com  
smoore@eastendtrialgroup.com  

*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this day, May 31, 2022, a true and correct copy of the foregoing document was filed on the Court's CM/ECF system and will be served upon all counsel of record.

Respectfully submitted,

Dated: May 31, 2022

*/s/ Kevin Tucker*
Kevin Tucker