IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BLAIR DOUGLASS,<br><br>                Plaintiff,<br><br>   v.<br><br>LEGRAND NORTH AMERICA, LLC,<br><br>                Defendant. | Lead Case No. 2:22:cv-00236-AJS |
| BLAIR DOUGLASS,<br><br>                Plaintiff,<br><br>   v.<br><br>TRUEWERK, INC.,<br><br>               Defendant. | Member Case No. 2:22-cv-00306-AJS |

**NOTICE OF CONCLUSION OF ACTION IN PRINCIPLE**

The Parties to the above-captioned case hereby notify the Court that the Parties have agreed in principle on the conclusion of the case, the Parties are finalizing the conclusion of the action, and the Parties respectfully request the Court terminate the matter.

Dated:  June 1, 2022          Respectfully submitted,

           EAST END TRIAL GROUP LLC

           By: */s/Kevin W. Tucker*
           Kevin W. Tucker
           Kevin J. Abramowicz
           Chandler Steiger
           Stephanie Moore

           6901 Lynn Way, Ste. 215
           Pittsburgh, PA 15208
           Tel. (412) 877-5220
           Fax. (412) 626-7101
           ktucker@eastendtrialgroup.com
           kabramowicz@eastendtrialgroup.com
           csteiger@eastendtrialgroup.com
           smoore@eastendtrialgroup.com

           *Counsel for Plaintiff*


           DENTONS COHEN & GRIGSBY P.C.

           By:  */s/ Lucy E. Hill*
           Lucy E. Hill (Pa. I.D. 323731)

           625 Liberty Avenue – 5th Floor
           Pittsburgh, PA 15222-3152
           Ph: (412) 297-4900 / Fax: (412) 209-0672
           lucy.hill@dentons.com

           *Counsel for Defendant,*
           *Truewerk, Inc.*

**CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing Notice of Conclusion of Action in Principle was filed electronically on June 1, 2022. Notice of this filing will be sent to the parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.



                                               */s/ Lucy E. Hill*