IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BLAIR DOUGLASS,<br><br>              Plaintiff,<br><br>  v.<br><br>LEGRAND NORTH AMERICA, LLC,<br><br>              Defendant. | Lead Case No. 2:22:cv-00236-AJS |
| BLAIR DOUGLASS,<br><br>              Plaintiff,<br><br>  v.<br><br>TERVIS TUMBLER COMPANY,<br><br>              Defendant. | Member Case No. 2:22-cv-00286-AJS |

**NOTICE OF CONCLUSION OF ACTION IN PRINCIPLE**

The Parties to the above-captioned case hereby notify the Court that the Parties have agreed in principle on the conclusion of the case, the Parties are finalizing the conclusion of the action, and the Parties respectfully request the Court terminate the matter.

Dated: June 1, 2022

Respectfully submitted,

EAST END TRIAL GROUP LLC

By: */s/Kevin W. Tucker*
Kevin W. Tucker
Kevin J. Abramowicz
Chandler Steiger
Stephanie Moore

6901 Lynn Way, Ste. 215
Pittsburgh, PA 15208
Tel. (412) 877-5220
Fax. (412) 626-7101
ktucker@eastendtrialgroup.com
kabramowicz@eastendtrialgroup.com
csteiger@eastendtrialgroup.com
smoore@eastendtrialgroup.com

*Counsel for Plaintiff*


DENTONS COHEN & GRIGSBY P.C.

By:  */s/ Lucy E. Hill*
Lucy E. Hill (Pa. I.D. 323731)

625 Liberty Avenue – 5th Floor
Pittsburgh, PA 15222-3152
Ph: (412) 297-4900 / Fax: (412) 209-0672
lucy.hill@dentons.com

*Counsel for Defendant,*
*Tervis Tumbler Company*

2

**CERTIFICATE OF SERVICE**

    I hereby certify that a true and correct copy of the foregoing Notice of Conclusion of Action in Principle was filed electronically on June 1, 2022.  Notice of this filing will be sent to the parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

                                                            */s/ Lucy E. Hill*