# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BLAIR DOUGLASS,<br><br>               Plaintiff,<br><br>  v.<br><br>LEGRAND NORTH AMERICA, LLC,<br><br>               Defendant. | Lead Case No. 2:22-cv-00236-AJS |
| BLAIR DOUGLASS,<br><br>               Plaintiff,<br><br>  v.<br><br>REPRESENT YOUR WATER INC.,<br><br>               Defendant. | Member Case No. 2:22-cv-00257-AJS |

## **NOTICE OF SETTLEMENT**

PLEASE TAKE NOTICE that Plaintiff Blair Douglass and Defendant Represent Your Water Inc. have reached an agreement in principle that will confidentially resolve the claims alleged in the member case, *Douglass v. Represent Your Water Inc.*, Member Case No. 2:22-cv-00257-AJS. Plaintiff anticipates filing a Notice of Voluntary Dismissal With Prejudice within thirty (30) days of this notice.

Dated: June 7, 2022

*/s/ Kevin Tucker*
Kevin W. Tucker (He/Him) (PA 312144)
Kevin J. Abramowicz (He/Him (PA 320659)
Chandler Steiger (She/Her) (PA 328891)
Stephanie Moore (She/Her) (PA 329447)
**EAST END TRIAL GROUP LLC**

6901 Lynn Way, Suite 215
Pittsburgh, PA 15208
o in y o
Tel. (412) 877-5220
Fax. (412) 626-7101
ktucker@eastendtrialgroup.com
kabramowicz@eastendtrialgroup.com
csteiger@eastendtrialgroup.com
smoore@eastendtrialgroup.com

*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this day, June 7, 2022, a true and correct copy of the foregoing document was filed on the Court's CM/ECF system and will be served upon all counsel of record.

Respectfully submitted,

Dated: June 7, 2022

*/s/ Kevin Tucker*
Kevin Tucker