## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BLAIR DOUGLASS,<br><br>             Plaintiff,<br><br>   v.<br><br>LEGRAND NORTH AMERICA, LLC,<br><br>          Defendant. | Lead Case No. 2:22-cv-00236-AJS |
| BLAIR DOUGLASS,<br><br>             Plaintiff,<br><br>   v.<br><br>THREADBEAST, LLC,<br><br>          Defendant. | Member Case No. 2:22-cv-00263-AJS |

## <u>NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE</u>

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff Blair Douglass voluntarily dismisses all claims alleged in the member case, *Douglass v. ThreadBeast, LLC*, Member Case No. 2:22-cv-00263-AJS, with prejudice, and with each party bearing his and its own costs.

Respectfully submitted,

Dated: August 18, 2022

/s/ Chandler Steiger

Kevin W. Tucker (He/Him) (PA 312144)
Kevin J. Abramowicz (He/Him) (PA 320659
Chandler Steiger (She/Her) (PA 328891)
Stephanie Moore (She/Her) (PA 329447)
**EAST END TRIAL GROUP LLC**
6901 Lynn Way, Suite 215
Pittsburgh, PA 15208

Tel. (412) 877-5220
Fax. (412) 626-7101
ktucker@eastendtrialgroup.com
kabramowicz@eastendtrialgroup.com
csteiger@eastendtrialgroup.com
smoore@eastendtrialgroup.com

*Counsel for Plaintiff*

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on this day, August 18, 2022, a true and correct copy of the foregoing

was filed on the Court's CM/ECF system and will be served upon all counsel of record.

Respectfully submitted,

Dated: August 18, 2022

*/s/ Chandler Steiger*

Chandler Steiger (She/Her)